# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RYAN LUCIA,

        Plaintiff,

v.

LENDINGPOINT, LLC and TRANS UNION, LLC,

        Defendants.

Civil No. 1:21-CV-02750-CAP-CMS

## NOTICE OF SETTLEMENT AS TO TRANS UNION LLC ONLY

TO THE HONORABLE JUDGE CHARLES A. PANNELL, JR.:

Plaintiff, Ryan Lucia, respectfully notifies the court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Plaintiff will present dismissal documents to the court as soon as possible. Plaintiff respectfully requests that the court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

        Respectfully submitted,

        */s/ William Thomas Hoover*
        William Thomas Hoover
        GA Bar No. 819305
        william.h@gitmeidlaw.com
        Law Offices of Robert S. Gitmeid
        & Associates, PLLC
        30 Wall Street, 8th Floor #741
        New York, NY 10005

2

Tel.   (770) 874-2445
Fax   (770) 299-2111
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

Cindy Dawn Hanson
Troutman Sanders, LLP
cindy.hanson@troutman.com
Bank of America Plaza, Suite 3000
600 Peachtree St., NE
Atlanta, GA 30308-2216
(404) 885-3830
(404) 885-3900 Fax
***Counsel for LendingPoint, LLC***

          */s/ William Thomas Hoover*
          **WILLIAM THOMAS HOOVER**