# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RYAN LUCIA,<br><br>      Plaintiff,<br><br>v.<br><br>LENDINGPOINT, LLC and TRANS UNION, LLC,<br><br>      Defendants. | CIVIL ACTION NO.:<br><br>1:21-cv-02750-CAP-CMS |

**NOTICE OF SETTLEMENT AS TO DEFENDANT LENDINGPOINT, LLC**

Plaintiff Ryan Lucia, and Defendant LendingPoint, LLC ("LendingPoint"), hereby notify the Court that a settlement of this action has been reached. To that end, Plaintiff and Defendant LendingPoint are preparing the appropriate documents and will present dismissal documents to the Court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.

Respectfully submitted this 22nd day of December, 2021.

| | |
|---|---|
| */s/ William Thomas Hoover*<br>William Thomas Hoover<br>GA Bar No. 819305<br>Law Offices of Robert S. Gitmeid | */s/ Cindy Dawn Hanson*<br>Cindy Dawn Hanson<br>Georgia Bar No. 323920<br>Troutman Pepper |

| | |
|---|---|
| & Associates, PLLC<br>30 Wall Street, 8th Floor #741<br>New York, NY 10005<br>Tel: (866) 249-1137<br>Fax: (877) 366-4747<br>william.h@gitmeidlaw.com<br><br>***Counsel for Plaintiff*** | Hamilton Sanders LLP-ATL<br>Bank of America Plaza, Suite 3000<br>600 Peachtree St., NE<br>Atlanta, GA 30308-2216<br>404-885-3830<br>Fax: 404-885-3900<br>Email: cindy.hanson@troutman.com<br><br>***Counsel for Defendant***<br>***LendingPoint, LLC*** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RYAN LUCIA,<br><br>      Plaintiff,<br><br>v.<br><br>LENDINGPOINT, LLC and TRANS UNION, LLC,<br><br>      Defendants. | CIVIL ACTION NO.:<br><br>1:21-cv-02750-CAP-CMS |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed the foregoing ***NOTICE OF SETTLEMENT AS TO DEFENDANT LENDINGPOINT, LLC*** with the Clerk of Court using the CM/ECF system, which will automatically notify the following attorneys of record:

    Cindy Dawn Hanson, cindy.hanson@troutman.com

| | |
|---|---|
| LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC<br>30 Wall Street, 8th Floor #741<br>New York, NY 10005<br>Tel: (866) 249-1137<br>Fax: (877) 366-4747 | */s/ William Thomas Hoover*<br>William Thomas Hoover<br>GA Bar No. 819305<br>william.h@gitmeidlaw.com<br>*Counsel for Plaintiff* |

122277135